**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00859-CR

**DERIC EUGENE MADISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76000-U**

## ORDER

The Court **REINSTATES** the appeal.

On September 22, 2015, this Court denied court reporter Cheryl Dixon's September 11, 2015 request for an extension of time to file the reporter's record and ordered the trial court to make findings. Although the trial court's findings are dated September 24, 2015, we did not receive the supplemental clerk's record containing the findings until October 20, 2015. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Lawrence Mitchell; (3) Cheryl Dixon is the court reporter who recorded the proceedings; and (4) Ms. Dixon's explanation for the delay in filing the record is her workload and a death in the family. Because, to date, Ms. Dixon has not

tendered the reporter's record, we **DO NOT ADOPT** the finding that Ms. Dixon would file the record by September 30, 2015.

We **ORDER** court reporter Cheryl Dixon to file, by **FRIDAY, NOVEMBER 6, 2015** the complete reporter's record, including all exhibits admitted into evidence. If the record is not filed by that date, the Court will utilize its available remedies, which may include ordering that Cheryl Dixon surrender her notes to the trial court for preparation by another court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, court reporter; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE